UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DERRICK GASS,**

    **Plaintiff,**

v.                                          Case No.:  8:16-cv-2383-T-36-JSS

**NIK'S LANDSCAPING &**
**MAINTENANCE, INC. and**
**NICHOLAS P. VILAMNIS,**

    **Defendant.**

_____/

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, in accordance with this Court's Order dated October 11, 2016, files this Notice of Voluntary Dismissal With Prejudice, each side to bear its own fees and costs.  Per the Court's Order, Plaintiff's claims were resolved without comprise.

Dated this 15th day of December, 2016.

                                             Respectfully submitted,

                                             /s/Brandon J. Hill
                                             **BRANDON J. HILL**
                                             Florida Bar Number: 37061
                                             **WENZEL FENTON CABASSA, P.A.**
                                             1110 North Florida Ave.
                                             Suite 300
                                             Tampa, Florida 33602
                                             Direct: 813-337-7992
                                             Main: 813-224-0431
                                             Facsimile: 813-229-8712
                                             Email: bhill@wfclaw.com
                                             Email: jriley@wfclaw.com
                                             **Attorney for Plaintiff**

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 15th day of December, 2016, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system. I further certify that I mailed a true and accurate copy of the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Nik's Landscaping & Maintenance
c/o Nicholas P. Vilamnis as Registered Agent
1219 Blackrush Drive
Tarpon Springs, FL 34689

Nicholas P. Vilamnis, Individually
1219 Blackrush Drive
Tarpon Springs, FL 34689

                                              /s/Brandon J. Hill
                                              **BRANDON J. HILL**